586

spected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Order; it is, therefore, considered, ordered and adjudged by the Court that the said Order of the Circuit Court be, and the same is hereby affirmed on the ground that no abuse of discretion in refusing to dissolve the temporary injunction has been shown.

Affirmed.

DAVIS, C. J., and WHITFIELD and BUFORD, J. J., concur.

TRUSTEES WILLIAMS' ESTATE v. CITY OF ROCKLEDGE.

150 So. 281.
Order Entered August 2, 1933.

*E. Wright Taylor* and *Russell Snow,* for Appellants; *John D. Shepard,* for Appellee.

Upon suggestion of counsel for the respective parties herein it is ordered that the stipulation of the parties filed herein be recognized and approved, and that the appeal herein be dismissed without prejudice and the cause remanded to the Circuit Court with leave to have therein such further proceedings as to the Circuit Court shall seem meet and proper to be had.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.

CORNELIA C. WILLIAMS, *et al.,* v. CITY OF ROCKLEDGE.

150 So. 282.
Order Entered August 2, 1933.

*E. Wright Taylor* and *Russell Snow,* for Appellants;
*John D. Shepard,* for Appellee.

Upon suggestion of counsel for the respective parties herein it is ordered that the stipulation of the parties filed herein be recognized and approved, and that the appeal herein be dismissed without prejudice and the cause remanded to the Circuit Court with leave to have therein such further proceedings as to the Circuit Court shall seem meet and proper to be had.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.

EUGENE S. MATTHEWS, *et al.,* AS AND CONSTITUTING THE RAILROAD COMMISSION, *et al.,* v. STATE, *ex rel.,* ST. ANDREWS BAY TRANSPORTATION CO.

149 So. 648.
Opinion Filed August 2, 1933.
Rehearing Denied Sept. 21, 1933.